UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                PETITIONER

v.                                                  CIVIL ACTION NO. 3:10-CV-697 HTW LRA

JENNIFER W. ALLEN                                                         RESPONDENT

**ORDER**

This matter is before the Court on the Report and Recommendation [Docket No. 6] of Magistrate Judge Linda R. Anderson.  On February 9, 2011, Judge Anderson ordered Allen to appear on March 17, 2011, to show cause why she should not be compelled to comply with an Internal Revenue Service summons.  Allen failed to appear, and Judge Anderson entered her recommendation.  Allen has not filed an objection to the Report and Recommendation [Docket No. 6].  As such, the Court finds that the Report and Recommendation should be adopted as the holding of the Court.

**IT IS THEREFORE ORDERED** that Respondent, Jennifer Allen, present herself at 9:00 a.m. on Monday, June 6, 2011 at 100 West Capitol Street, Room 506, Stop 19, A. H. McCoy Federal Building, Jackson, Mississippi 39269, for the purpose of complying with the Internal Revenue Service summons.

**IT IS FURTHER ORDERED** that, in the event the Respondent fails to appear or otherwise comply with this Order and upon notice to the Court by the Petitioner of the Respondent's failure to comply, a bench warrant be issued by the Court.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order and the summons shall be personally served on Respondent Jennifer W. Allen, by an official of the Internal

Revenue Service within five (5) days of the date of this Order and the Internal Revenue Service and/or the United States Attorney shall within twenty-four (24) hours from the date of this Order cause a copy of this Order to be sent by certified mail to Respondent, Jennifer W. Allen.

**SO ORDERED AND ADJUDGED** this the 26th day of May, 2011.

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:10-cv-697 HTW-LRA
Order